UST−100A    Appointment of Interim Trustee and Notice of Selection (v 1.0.7)    USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| APPOINTMENT OF INTERIM TRUSTEE AND NOTICE OF SELECTION | Case Number<br>09−26586 − A − 7 |
|---|---|
| In re<br><br>Michael W. Lillman        Marcella Lillman<br>7251 Quail Rd                7251 Quail Rd<br>Fair Oaks, CA 95628      Fair Oaks, CA 95628<br><br><br>Debtor(s). | FILED<br><br>4/8/09<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>auto |

Thomas A. Aceituno is hereby appointed Interim Trustee of the above−named Debtor's(s') estate and Trustee if creditors fail to elect a Trustee as provided by the Bankruptcy Code. The Interim Trustee has filed a blanket bond pursuant to Federal Rule of Bankruptcy Procedure 2010(a).

If the Interim Trustee does not notify the Office of the United States Trustee and the Court in writing of rejection of the office within five days after receipt of notice of selection, the Interim Trustee shall be deemed to have accepted the office.

Dated: 4/8/09

Office of the United States Trustee
Region 17 −− Sacramento Office

Sara L. Kistler
United States Trustee

Antonia G. Darling
Assistant United States Trustee