

UNITED STATES BANKRUPTCY COURT

```
09-26586-A-7
MASTER ADDRESS LIST
DEBTOR: MICHAEL LILLMAN
JUDGE: HON. M. MCMANUS

FILED 4/8/09 - 11:33 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    msws
```

In re                              )
                                   )
                                   )    Case No.
                                   )
                                   )
                                   )
                                   )
                                   )
_____Debtor(s)._____)

## VERIFICATION OF MASTER ADDRESS LIST
## AMENDED - VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (*please check and complete one*):

on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

**OR**

typed in scannable format on paper, consisting of _pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions _not_ prepared by an attorney or bankruptcy petition preparer]**

**OR**

electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total _____ of creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _____     _____

Debtor's Signature

EDC 2-100 (Rev. 10/2007)

DATED: _____    _____

                              Debtor's Signature

DATED: _____    _____

                              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

MICHAEL W LILLMAN
MARCELLA LILLMAN
Page 1 of 2


ATLANTIC CREDIT
P.O. BOX 105131
ATLANTA, GA  30348


BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886


CAPITAL ONE
P.O. BOX 105131
ATLANTA, GA 30348


CHASE
P.O. BOX 94014
PALATINE, IL  60094


CHASE MORTGAGE
2901 KINWEST PARKWAY
IRVING, TX 75063


COUNTRYWIDE
P.O. BOX 5170
SIMI VALLEY, CA 93062


JOHN P. FRYE, P.C.
P.O. BOX 13665
ROANOKE, VIRGINIA  24036


NATIONAL RECOVERY SYS
C/O BMW FINANCIAL SERVICES
P.O. BOX 923747
NORCROSS, GA,  30010


ORCHARD BANK
P.O. POX 60102
CITY OF INDUSTRY, CA  91716

MICHAEL W LILLMAN
MARCELLA LILLMAN
Page 2 of 2


PORTFOLIO RC
120 CORPORATE BLVD
NORFOLK, VA 23502


PROVIDIAN
P.O. BOX 660433
DALLAS, TX  75266


VITAL RECOVERY SERVICES, IN
P.O. BOX 923748
ATLANTA, GA  30010