FILED
April 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001770933

1  John M. Sorich – Bar #125223
   ALVARADO & ASSOCIATES, LLP
2  1 Mac Arthur Place, Suite 210
   Santa Ana, CA 92707
3  (714) 327-4400/ Fax No. (714) 327-4499
   157-42436-2
4

5

6  Attorneys for Secured Creditor, Chase Home Finance, LLC

7

8  UNITED STATES BANKRUPTCY COURT

9  EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10 In re                                      ) Case No. 09-26586
                                              )
11 MICHAEL W LILLMAN, MARCELLA                ) (Chapter 7)
   LILLMAN,                                   )
12                                            ) **CERTIFICATE OF SERVICE**
                                              )
13         Debtors.                           ) Date:
                                              ) Time: (No hearing required)
14                                            ) Place:
                                              )
15                                            )
                                              )
16                                            )
                                              )
17 _____)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is **ALVARADO & ASSOCIATES, LLP 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707.**

On __4/14/09__, I served the foregoing document(s) described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action.

[X] by placing [ ] the original and/or [X] a true copy thereof enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[XX] **(BY REGULAR MAIL)**
    [XX]   I deposited such envelope in the mail at
    **1 Mac Arthur Place, Suite 210, Santa Ana CA 92707**
The envelope was mailed with postage thereon fully prepaid.

    [] I caused such envelope to be deposited in the mail at Santa Ana, California.
The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing affidavit.

[] **(BY UPS, OVERNIGHT MAIL)**
    []   I deposited such documents at the UPS Drop Box located at **1 Mac Arthur Place, Suite 210, Santa Ana CA 92707.** The envelope was deposited with delivery fees thereon fully prepaid.

[ ]   (BY DATE FACSIMILE)
    [ ]   I tele-faxed a copy of the original document to the above address, by Facsimile Number _____.

Executed on __4/14/09__

[X] (FEDERAL)   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Claudia Serrano

## SERVICE LIST

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | MICHAEL W LILLMAN |
| 5 | 7251 QUAIL RD |
|   | FAIR OAKS, CA 95628 |
| 6 | (DEBTOR- PRO SE) |
| 7 | |
| 8 | MARCELLA LILLMAN |
|   | 7251 QUAIL RD |
| 9 | FAIR OAKS, CA 95628 |
|   | (DEBTOR- PRO SE) |
| 10 | |
| 11 | THOMAS A ACEITUNO |
| 12 | PO BOX 189 |
|    | FOLSOM, CA 95763 |
| 13 | (CHAPTER 7 TRUSTEE) |
| 14 | |
| 15 | OFFICE OF THE UNITED STATES TRUSTEE |
|    | 501 I STREET, SUITE 7-500 |
| 16 | SACRAMENTO, CA 95814 |
| 17 | (US TRUSTEE) |