FILED
April 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001797844

John M. Sorich - Bar No.125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
157-42436-2

Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN,<br><br>    Debtors.<br>_____<br>ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest,<br><br>                Movant,<br><br>vs.<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN, Debtors; and THOMAS A ACEITUNO, Chapter 7 Trustee,<br><br>                Respondents. | Case No. 09-26586<br><br>Docket Control No.: JMS-1<br><br>(Chapter 7)<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**[Pursuant to Local Rule 9014-1(f)(1)]**<br><br>Date:  June 8, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 28, Department A<br>           501 I Street<br>           Sacramento. California |

**TO THE HONORABLE MICHAEL S. MCMANUS, THE DEBTORS, CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest ("Movant") submits the following motion in support of its request for relief of the automatic stay:

/ / /

/ / /

o:\docs\bnk\Eastern7MFRPkg.doc 157-42436-2 / MICHAEL W LILLMAN /

1        The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. Section 362 and 28 U.S.C. Section 157 and it is a core proceeding within the definition of 28 U.S.C. Section 157(b).

      On April 8, 2009, MICHAEL W LILLMAN, MARCELLA LILLMAN (hereinafter referred to as "Debtors") filed a Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California, Case No. 09-26586.

      THOMAS A ACEITUNO was appointed Trustee, has duly qualified, and is now acting in that capacity.

      On or about December 8, 2005, ACCREDITED HOME LENDERS, INC., made a loan in the amount of $280,000.00 ("Loan") to Debtors. In exchange for the Loan, Debtors executed and delivered a note in the original principal amount of $280,000.00 ("Note") to ACCREDITED HOME LENDERS, INC. As additional consideration, and as security for repayment of the Loan, Debtors made, executed, and delivered to ACCREDITED HOME LENDERS, INC., as beneficiary, a Deed of Trust ("Deed") dated December 8, 2005. True and correct copies of the Note and the Deed are attached hereto as Exhibits "1" and "2" and are incorporated herein by reference to the Declaration of JAMIE DOWNEY filed concurrently herewith and incorporated herein by reference.

      The Deed encumbers the property commonly known as **7251 QUAIL ROAD, FAIR OAKS, CA 95628** ("Property").

      Both the Note and the Deed require monthly payments of principal and interest to be made by Debtors.

      The Debtors are delinquent in making the payments required under the Note and the Deed. Payments are due from December 1, 2008 in the total amount of $14,574.34, including late charges. Further, Movant anticipates that the May 2009 payment and late charge will be due by the Hearing.

      As of April 23, 2009, the total indebtedness secured by the aforementioned Note and Deed consists of an unpaid principal balance of $282,711.02. Interest of $2,876.96 is due, plus interest thereon at the rate of 2.2500% per annum. There are additional charges in the amount of

1  $225.68 for late charges, $5,698.51 for other charges, plus attorneys' fees and costs. The total
2  amount due and owing to Movant is $291,512.17.  See Declaration of JAMIE DOWNEY.
3         The total amount of liens and encumbrances known to Movant amount to
4  $397,079.17.
5         Movant recorded a Notice of Default on the subject property March 27, 2009.
6         Debtors have breached their obligation to Movant by failing to tender regular
7  monthly payments pursuant to the terms and provisions of the subject Note and Deed.
8         Movant requests that the Court take judicial notice of the costs of sale of real
9  property through escrow amount to eight percent (8.00%) of the purchase price. Eight percent
10  (8.00%) of $195,000.00 is $15,600.00.  When the costs of sale are added, the total liens and
11  encumbrances against the property equal $397,079.17, thereby leaving minimal equity for the
12  benefit of the unsecured creditors of the estate.
13         Debtors' Schedules "A" and "D" indicate that the fair market value for the subject
14  property is $195,000.00.  See Request for Judicial Notice filed concurrently herewith.
15         Movant desires to enforce its rights under the Note and the Deed by, among other
16  things, pursuing foreclosure proceedings.  Accordingly, Movant hereby requests that the automatic
17  stay against enforcement by Movant of its rights under the Note and the Deed be terminated and
18  that Movant be permitted to proceed in enforcing its rights, including but not limited to, foreclosing
19  under the Note and the Deed as permitted by state law.
20     **WHEREFORE**, Movant prays as follows:
21     1.   The automatic stay of 11 U.S.C. §362 be terminated for cause, including lack of
22  adequate protection, so that Movant may exercise any and all rights under its Note and Deed and
23  any and all rights after the foreclosure sale, including but not limited to, the right to consummate
24  foreclosure proceedings and the right to proceed in an unlawful detainer action to obtain possession
25  of the subject property;
26     2.   All restraining orders and stay orders issued shall be dissolved forthwith;
27     3.   For judgment against Debtors for attorney's fees in the amount of $550.00 and costs
28  in the amount of $172.40 for a total of $722.40 incurred in association with bringing this Motion for
   Relief from Stay be awarded to Movant;

- 3 -

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 / MICHAEL W LILLMAN /

4. That the provisions of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) not apply; and

5. For such other and further relief as this Court deems proper.

Dated: April 28, 2009　　　　　　　　　ALVARADO & ASSOCIATES, LLP


By　/s/ John M. Sorich
John M. Sorich, Attorneys for Movant,
ACCREDITED HOME LENDERS, INC.

- 4 -

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 / MICHAEL W LILLMAN /