FILED
April 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001797845

John M. Sorich - Bar No.125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
157-42436-2

Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN,<br><br>Debtors.<br>_____<br>ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN, Debtors; and THOMAS A ACEITUNO, Chapter 7 Trustee,<br><br>Respondents. | Case No. 09-26586<br><br>Docket Control No.: JMS-1<br><br>(Chapter 7)<br><br>**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**[Pursuant to Local Rule 9014-1(f)(1)]**<br><br>Date:  June 8, 2009<br>Time:  9:00 a.m.<br>Place: Courtroom 28, Department A<br>            501 I Street<br>            Sacramento. California |

**TO THE HONORABLE MICHAEL S. MCMANUS, THE DEBTORS, THE CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on the 8th day of June 2009, at 9:00 a.m., in Courtroom 28, Department A of the United States Bankruptcy Court, located at 501 I Street. Sacramento. California, ACCREDITED HOME LENDERS, INC. ("Movant") will, and hereby does, move the Court for an order for relief from the automatic stay, including, but not limited to

- 1 -

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 / MICHAEL W LILLMAN /

1 the right to proceed with foreclosure by Movant on the subject real property commonly known as 7251 QUAIL ROAD, FAIR OAKS, CA 95628 ("Property").

This motion will be based upon this Notice, Motion, the Declaration of **JAMIE DOWNEY** in support of this motion, the complete files and records in this case and such additional pleadings as Movant may hereinafter file, and any oral argument which the Court may permit at the time of hearing on this Motion.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1) of the United States Bankruptcy Court, Eastern District of California, this motion is being heard on twenty-eight (28) days notice and opposition, if any, to the granting of the Motion shall be in writing and shall be served on counsel for the moving party, Alvarado & Associates, LLP at the address listed in the upper left-hand corner on the first page of this notice and filed with the Clerk by the responding party not less than fourteen (14) calendar days preceding the noticed (or continued) date of hearing. Opposition shall be accompanied by evidence establishing its factual allegations.

Unless written opposition and supporting evidence are timely filed with the Court, the Court may resolve the Motion without oral argument and may strike an untimely written opposition. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions.

Dated: April 28, 2009              ALVARADO & ASSOCIATES, LLP


By    /s/ John M. Sorich
John M. Sorich, Attorney for Movant, ACCREDITED HOME LENDERS, INC.

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 / MICHAEL W LILLMAN /