FILED

April 28, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001797848

1  John M. Sorich - Bar No.125223
   ALVARADO & ASSOCIATES, LLP
2  1 Mac Arthur Place, Suite 210
   Santa Ana, CA 92707
3  (714) 327-4400, fax (714) 327-4499
   157-42436-2
4

5  Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

6

7              UNITED STATES BANKRUPTCY COURT

8      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

9

10  In re                                  Case No.  09-26586

11  MICHAEL W LILLMAN, MARCELLA            Docket Control No.: JMS-1
    LILLMAN,
12                                         (Chapter 7)

13              Debtors.                   **REQUEST FOR JUDICIAL NOTICE IN
                                           SUPPORT OF MOTION FOR RELIEF
14  ACCREDITED HOME LENDERS, INC., its     FROM THE AUTOMATIC STAY**
    assignees and/or successors in interest,
15
                                           **[Pursuant to Local Rule 9014-1(f)(1)]**
16              Movant,

17      vs.                                Date:  June 8, 2009
                                           Time:  9:00 a.m.
18  MICHAEL W LILLMAN, MARCELLA            Place: Courtroom 28, Department A
    LILLMAN, Debtors; and THOMAS A                501 I Street
19  ACEITUNO, Chapter 7 Trustee,                   Sacramento. California
20
21              Respondents.

22

23       **TO THE HONORABLE MICHAEL S. MCMANUS, THE DEBTORS, THE**

24  **CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

25           Movant, ACCREDITED HOME LENDERS, INC., hereby respectfully requests this

26  Court to take Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence as made

27  applicable in the United States Bankruptcy Court under Rule 9017 of the Bankruptcy Rules of

28  Procedure of the following documents:

                                    - 1 -

1        1.     Debtors' Schedules "A" & "D" which lists the market value of the property

2  as $195,000.00, a true and correct copy of which is attached hereto as Exhibits "1" and "2" and

3  incorporated herein by reference.

4

5  Dated: April 28, 2009           ALVARADO & ASSOCIATES, LLP

6

7                     By   /s/ John M. Sorich

                     John M. Sorich, Attorney for Movant, ACCREDITED

8                     HOME LENDERS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 /  MICHAEL W LILLMAN /

Official Form B6A (12/07)          UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **MICHAEL W LILLMAN** | Case No.: |
|---|---|
| **MARCELLA LILLMAN** | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **SINGLE FAMILY RESIDENT 7251 QUAIL ROAD FAIR OAKS, CA 95628** | **Fee Owner** | J | $ 195,000.00 | $ 388,278.00 |

Total  ➤   $ 195,000.00

(Report also on Summary of Schedules.)



Form B6D (12/07)　　　UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): MICHAEL W LILLMAN<br>MARCELLA LILLMAN | Case No.:<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4650022720338<br><br>CHASE MORTGAGE<br>2901 KINWEST PARKWAY<br>IRVING, TX 75063 | | J | 12/01/2005<br>Deed of Trust<br><br>VALUE $195,000.00 | | | | 282,711.00 | 0.00 |
| ACCOUNT NO. 149876790<br><br>COUNTRYWIDE<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062 | | J | 02/01/2007<br>Deed of Trust<br><br>VALUE $195,000.00 | | | | 105,567.00 | 0.00 |

0　　continuation sheets
　　　attached

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | $   388,278.00  $   0.00 |
| Total ➤<br>(Use only on last page) | $   388,278.00  $   0.00 |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

