```
                                                                    FILED
# RELIEF FROM STAY INFORMATION SHEET                          April 28, 2009
* * * *  SEE IMPORTANT INSTRUCTIONS ON REVERSE  * * * *    CLERK, U.S. BANKRUPTCY COURT
                                                           EASTERN DISTRICT OF CALIFORNIA
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
                                                                  0001797847
```

DEBTOR: __MICHAEL W LILLMAN, MARCELLA LILLMAN__   CASE NO. __09-26586__

MOVANT: __ACCREDITED HOME LENDERS, INC.__   DC NO. __JMS-1__

HEARING DATE/TIME: __6/8/2009 at 9:00 AM__

RELIEF IS SOUGHT AS TO ( X ) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action __7251 QUAIL ROAD, FAIR OAKS, CA 95628__

2. Movant's trust deed is a ( X ) 1st   ( ) 2nd   ( ) 3rd   ( ) Other _____

OR

   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____   Movant's valuation of property $195,000.00.

The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $282,711.02 | $2,876.96 | $ 5,924.19 | $291,512.17 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   __Countrywide (2nd Deed of Trust)__   $105,567.00

   _____   $ _____

   _____   $ _____

   TOTAL ALL LIENS   $ 397,079.17

   DEBTOR'S EQUITY   $ (202,079.17)

FOR COURT USE ONLY

Note date:
Note amount:
Note payment:

6. Monthly payment is $1,730.03, of which $ ____ is for impound account. Monthly late charge is $ __n/a__.

7. The last payment by debtor was received on __11/08__ and was applied to the payment due __11/08__.

8. Number of payments past due and amount: (a) Pre-petition 5 $8,650.15 (b) Post-petition

9. Notice of Default was recorded on __03/27/09__. Notice of sale was published on __n/a__.

10. Grounds for seeking relief (check as applicable):

    ( X ) Cause   ( X ) Inadequate protection   ( X ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

    ( ) Other _____.

11. For each ground checked above furnish a brief supporting statement in the space below.
Debtors have breached their obligation to Movant by failing to tender regular monthly payments pursuant to the terms and provisions of the subject Note and Deed. There is minimal equity in the subject property. Movant's and Debtors' valuation of the Property is $195,000.00, and the total liens are $397,079.17.

EDC 3-468 (Rev. 1/9/03) - Page 2

# INSTRUCTIONS

TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET IS FILED AND SERVED BY THE MOVING PARTY.*

1. FILE THIS COMPLETED INFORMATION SHEET ON WHITE PAPER WITH YOUR MOVING PAPERS AS A SEPARATE DOCUMENT. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2. ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.

3. IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.