FILED
April 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001797849

John M. Sorich - Bar No.125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
157-42436-2

Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN,<br><br>Debtors.<br><br>ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>MICHAEL W LILLMAN, MARCELLA LILLMAN, Debtors; and THOMAS A ACEITUNO, Chapter 7 Trustee,<br><br>Respondents. | Case No. 09-26586<br><br>Docket Control No.: JMS-1<br><br>(Chapter 7)<br><br>**PROOF OF SERVICE**<br><br>**[Pursuant to Local Rule 9014-1(e)(3)]**<br><br>Date:  June 8, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 28, Department A<br>           501 I Street<br>           Sacramento. California |

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 /  MICHAEL W LILLMAN /

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is **ALVARADO & ASSOCIATES, LLP, 1 Mac Arthur Place, Suite 210, Santa Ana, CA 92707.**

On __4/28/09__, I served the foregoing document(s) **RELIEF FROM STAY INFORMATION SHEET; NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM THE AUTOMATIC STAY; and DECLARATION OF JAMIE DOWNEY IN SUPPORT OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the interested parties in this action.

[X] by placing [ ] the original and/or [X] a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] (BY REGULAR MAIL)
  [ ] I deposited such envelope in the mail at **1 Mac Arthur Place, Santa Ana, CA 92707**. The envelope was mailed with postage thereon fully prepaid.

  [X] I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

  I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing in affidavit.

[ ] (BY FEDERAL EXPRESS OVERNIGHT MAIL)
  [ ] I deposited such documents at the Federal Express Drop Box located at **1 Mac Arthur Place, Suite 210, Santa Ana, CA 92707**. The envelope was deposited with delivery fees thereon fully prepaid.

[X] (FEDERAL)    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on __4/28/09__

Alondra Barajas

| | |
|---|---|
| 1 | |
| 2 | SERVICE LIST |
| 3 | |
| 4 | MICHAEL W LILLMAN |
| 5 | 7251 QUAIL RD |
| | FAIR OAKS, CA 95628 |
| 6 | (DEBTOR – PRO SE) |
| 7 | |
| 8 | MARCELLA LILLMAN |
| | 7251 QUAIL RD |
| 9 | FAIR OAKS, CA 95628 |
| | (DEBTOR - PRO SE) |
| 10 | |
| 11 | |
| 12 | THOMAS A ACEITUNO |
| | CHAPTER 7 TRUSTEE |
| 13 | PO BOX 189 |
| | FOLSOM, CA 95763 |
| 14 | (CHAPTER 7 TRUSTEE) |
| 15 | |
| 16 | U.S. TRUSTEE |
| | 501 I Street, Suite 7-500 |
| 17 | Sacramento, CA 95814 |

o:\docs\bnk\Eastern7MFRPkg.doc  157-42436-2 / MICHAEL W LILLMAN /