FILED
June 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001879446

1 | John Sorich – Bar No. 125223
2 | ALVARADO & ASSOCIATES, LLP
  | 1 Mac Arthur Place, Suite 210
3 | Santa Ana, California 92707
  | (714) 327-4400, fax (714) 327-4499
4 | 157-42436-2

5 | Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-26586 |
| MICHAEL W LILLMAN, MARCELLA LILLMAN, | Motion Control No.: JMS-1 |
| | (Chapter 7) |
| Debtors. | **PROOF OF SERVICE** |
| ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest, | Date: June 8, 2009 |
| | Time: 9:00 am |
| Movant, | Place: Courtroom 28, Department A |
| | 501 I Street |
| vs. | Sacramento. California |
| MICHAEL W LILLMAN, MARCELLA LILLMAN, Debtors; and THOMAS A ACEITUNO, Chapter 7 Trustee, | |
| Respondents. | |

3

o:\docs\bnk\Eastern7Order.doc  157-42436-2 / ****0338 / MICHAEL W LILLMAN /

|   |   |
|---|---|
| 1 | |
| 2 | PROOF OF SERVICE |
|   | STATE OF CALIFORNIA, COUNTY OF ORANGE |

1
2

3      I am employed in the County of Orange, State of California. I am over the age of 18 and not
4  a party to the within action. My business address is **ALVARADO & ASSOCIATES, LLP, 1 Mac Arthur Place, Suite 210, Santa Ana, California 92707**.

5      On ___11/8/09___, I served the foregoing document(s) **ORDER ON MOTION FOR
6  RELIEF FROM THE AUTOMATIC STAY** on the interested parties in this action.

7  [X] by placing [ ] the original and/or [X] a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:
8                           **SEE ATTACHED SERVICE LIST**

9  [X] (BY REGULAR MAIL)
10 [ ] I deposited such envelope in the mail at **1 Mac Arthur Place, Suite 210, Santa Ana, California 92707**. The envelope was mailed with postage thereon fully prepaid.
11

12 [X] I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
13

14     I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I
15 am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing in affidavit.
16

17 [ ] (BY FEDERAL EXPRESS OVERNIGHT MAIL)
   [ ] I deposited such documents at the Federal Express Drop Box located at **1 Mac Arthur Place,
18 Suite 210, Santa Ana, California 92707**. The envelope was deposited with delivery fees thereon fully prepaid.
19

20 [X] (FEDERAL)    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I declare that I am
21              employed in the office of a member of the bar of this Court at whose direction the service was made.
22

23 Executed on ___11/8/09___
                                        Evette Barajas
24
25
26
27
28

4

o:\docs\bnk\Eastern7Order.doc  157-42436-2 / ****0338 / MICHAEL W LILLMAN /

# SERVICE LIST

MICHAEL W LILLMAN
7251 QUAIL RD
FAIR OAKS, CA  95628
(DEBTOR – PRO SE)


MARCELLA LILLMAN
7251 QUAIL RD
FAIR OAKS, CA  95628
(DEBTOR - PRO SE)


THOMAS A ACEITUNO
CHAPTER 7 TRUSTEE
PO BOX 189
FOLSOM, CA  95763
(CHAPTER 7 TRUSTEE)


U.S. TRUSTEE
501 I Street, Suite 7-500
Sacramento, CA  95814

o:\docs\bnk\Eastern7Order.doc  157-42436-2 / ****0338 / MICHAEL W LILLMAN /