2009-26586
FILED
June 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001879445

1  John Sorich – Bar No. 125223
   ALVARADO & ASSOCIATES, LLP
2  1 Mac Arthur Place, Suite 210
   Santa Ana, California 92707
3  (714) 327-4400, fax (714) 327-4499
   157-42436-2
4

5  Attorneys for Movant, ACCREDITED HOME LENDERS, INC.

6

7

8               UNITED STATES BANKRUPTCY COURT

9          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  In re | Case No. 09-26586 |
| 12  MICHAEL W LILLMAN, MARCELLA LILLMAN, | Motion Control No.: JMS-1 |
| 13  | (Chapter 7) |
| 14  Debtors. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 15  ACCREDITED HOME LENDERS, INC., its assignees and/or successors in interest, | |
| 16  | Date:  June 8, 2009 |
| 17  Movant, | Time:  9:00 am |
| 18  vs. | Place: Courtroom 28, Department A |
| 19  | 501 I Street |
| 20  MICHAEL W LILLMAN, MARCELLA LILLMAN, Debtors; and THOMAS A ACEITUNO, Chapter 7 Trustee, | Sacramento. California |
| 21  | |
| 22  Respondents. | |

23       The Motion of ACCREDITED HOME LENDERS, INC., ("Movant") for relief from
24  the automatic stay, was set for hearing before the Honorable Michael S. McManus, United States
25  Bankruptcy Judge, on June 8, 2009 at 9:00 am, in Courtroom 28, Department A of the above-
26  entitled Court.  The matter was resolved without oral argument.
27       **ORDERS, ADJUDGES and DECREES** that the automatic stay of Section 362(a)
28  of the Bankruptcy Code is terminated with respect to the interests of Movant, ACCREDITED

1

RECEIVED
June 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001879445

...der.doc  157-42436-2 / ****0338 / MICHAEL W LILLMAN /

1  HOME LENDERS, INC., in that certain real property commonly known as **7251 QUAIL ROAD,**
2  **Fair Oaks, CA  95628** and is legally described on Exhibit "1" attached hereto and incorporated
3  herein by this reference.
4      Upon entry of this Order, Movant, its agents, assignees and beneficiaries may, inter
5  alia, proceed to exercise its rights to proceed with its foreclosure process on said property in any
6  manner permitted by law.
7      **IT IS FURTHER ORDERED** that Movant shall be allowed to file an unlawful
8  detainer action in state court should physical possession of the premises become an issue after
9  completion of a foreclosure sale.
10     **IT IS FURTHER ORDERED** that the court determines that this bankruptcy
11 proceeding has been finalized for purposes of Cal. Civil Code §2923.5 and the enforcement of the
12 note and deed of trust described in the motion against the subject real property.
13     **IT IS FURTHER ORDERED** the court awards no fees and costs.
14     **IT IS FURTHER ORDERED** that the provisions of Federal Rules of Bankruptcy
15 Procedure Rule 4001(a)(3) is not waived.

17 Dated: June 09, 2009        By the Court

                                Michael S. McManus
                                United States Bankruptcy Judge

2

o:\docs\bnk\Eastern7Order.doc 157-42436-2 / ****0338 / MICHAEL W LILLMAN /

| LEGAL DESCRIPTION ADDENDUM ||
|---|---|
| **Borrower Name(s):**<br>MICHAEL W. LILLMAN, MARCELLA K. LILLMAN | **Lender:**<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | **Loan #:** 0512029164 |

**Property Address:**
7251 QUAIL ROAD
FAIR OAKS, CA 95628

**Legal Description:**
LOT 225 AS SHOWN ON THE "PLAT OF SAN JUAN HEIGHTS, UNIT NO. 7" RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY IN BOOK 33 OF MAPS, MAP NO. 5.

Initials

MIN # 100176105120291649         LILLMAN                    Loan #   0512029164
AHL 610101.UFF                   Page 1 of 1