FORM L51 Final Decree  (v.7.06)                                                                                                      09-26586 − A − 7



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3−200**<br>**Sacramento, CA 95814**<br><br>(916) 930−4400<br>www.caeb.uscourts.gov<br>M−F 9:00 AM − 4:00 PM | **FILED**<br><br>**7/31/09**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |

## FINAL DECREE

Case Number:   09-26586 − A − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Michael W. Lillman            Marcella Lillman
xxx−xx−9665                   xxx−xx−6519

7251 Quail Rd                 7251 Quail Rd
Fair Oaks, CA 95628           Fair Oaks, CA 95628

Trustee:          Thomas A. Aceituno
                  PO Box 189
                  Folsom, CA 95763

Telephone Number: 916−985−6486

Office of the United States Trustee:

   For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
   For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

   It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

   **IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:                                              For the Court,
7/31/09                                             Richard G. Heltzel , Clerk